

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Gustavo Valencia, | § | No. 08-16-00165-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D05521) |
| | § | |

### O R D E R

The Court GRANTS the State's third motion for extension of time to file the brief until **March 22, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **March 22, 2018.**

IT IS SO ORDERED this 5th day of February, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.